**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

TERRY MURRAY, *as conservator of Rena
Murray, a protected person*,

      Plaintiff,

v.                         Case No. 13-14904

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

TERRY MURRAY,

      Plaintiff,

v.                         Case No. 13-14908

ALLSTATE INSURANCE COMPANY,

      Defendant.
_____/

**ORDER CONSOLIDATING CASES FOR DISCOVERY PURPOSES**

On January 9, 2014, the court conducted a telephonic scheduling conference in the above-captioned cases. During the conference, the court determined that, in the interests of judicial economy, these two cases should be consolidated for discovery purposes. The cases will proceed along identical tracks, and discovery requests in one case will be treated as requests for both cases. The court will determine at a later date whether the cases should also be consolidated for trial purposes. Accordingly,

IT IS ORDERED that case number 13-14908 is consolidated with case number 13-14904 for discovery purposes.


                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  January 14, 2014


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 14, 2014, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522