UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRY MURRAY, as Personal
Representative of the Estate of
Rena Murray, Deceased,

    Plaintiff,     Case No. 13-14904
                                Hon. Matthew F. Leitman
v.

ALLSTATE INSURANCE COMPANY,

  Defendant.
_____/

## ORDER APPROVING PROPOSED DISTRIBUTION OF SETTLEMENT PROCEEDS AND DISMISSING CASE

This matter having come to be heard on Plaintiff's Motion to Approve Proposed Distribution, counsel for plaintiff having received no objections to the proposed distribution and the court being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED** that the settlement proposed by Terry Murray as Personal Representative for the Estate of Rena Murray is approved and that the settlement proceeds be distributed as follows:

| | |
|---|---|
| Terry Murray | $39,330.52 |
| Bradley Patterson | $19,665.26 |
| Katrina Patterson | $19,665.26 |

*This is a Final Order and Closes the Case*

    /s/Matthew F. Leitman
    MATTHEW F. LEITMAN
    UNITED STATES DISTRICT JUDGE

Dated: September 18, 2015

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on September 18, 2015, by electronic means and/or ordinary mail.

                                                    s/Holly A. Monda
                                                    Case Manager
                                                    (313) 234-5113